UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Zelda Liberty Russell,<br><br>    Defendant. | Case No. 21-cr-57 PAM/ECW -5<br><br>**ORDER** |

This case is before the Court on Defendant Zelda Liberty Russell's Motion to Allow National Travel (Dkt. 286). Having considered the Motion, including that the Government and Pretrial Services do not object to the requested travel, the Motion is **GRANTED** and **IT IS ORDERED** that Ms. Russell may travel to Ohio on July 22, 2022 and shall return on July 26, 2022.

DATED: July 15, 2022                          *s/Elizabeth Cowan Wright*
                                                          ELIZABETH COWAN WIRGHT
                                                          United States Magistrate Judge